JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTE RODRIGUEZ, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>GCP APPLIED TECHNOLOGIES, INC, a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>    Defendants. | Case No. 8:21−CV-02086-SPG(ADSx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: November 21, 2021 |

    After full consideration of an executed Joint Stipulation Dismissing Action with Prejudice under Federal Code of Civil Procedure 41(a), IT IS HEREBY ORDERED that Plaintiff's Complaint and this entire action, including all claims against Defendants, are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 23, 2022

_____
HON. SHERILYN PEACE GARRETT
UNITED STATE DISTRICT JUDGE

1